UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 19-cr-00029-RPK |
| v. | : | |
| | : | Hon. Rachel Kovner. |
| Alonzo Shipp | : | U.S.D.J. |
| Defendant | : | |

_____

**ORDER**

**AND NOW**, this 27th day of October, 2020, it is hereby **ORDERED:**

Beginning on November 9, 2020, and on each day thereafter that trial is in session, the defendant, Alonzo Shipp, shall be held in the U.S. Marshal's cellblock for at least thirty minutes after the court session is finished and shall be permitted to meet with his counsel, before being returned to MDC Brooklyn.

*/s/ Rachel Kovner*
Hon. Rachel Kovner USDJ