**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 29, 2020

<u>Via ECF and E-Mail</u>
Hon. Rachel P. Kovner
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *United States v. Alonzo Shipp*, 19 Cr. 29 (RPK)

Dear Judge Kovner:

  The defense respectfully requests to supplement our proposed voir dire and provide the Court with a list of potential witnesses and individuals that may be mentioned at trial.

<u>List of Names</u>

1. <u>Defense</u>
    a. Alonzo Shipp (Client)
    b. Ashley Burrell, Esq. (Defense Counsel)
    c. Deirdre von Dornum, Esq. (Defense Counsel)
    d. Abigail Gellman (Paralegal)

2. <u>Case-Specific Names and Potential Witnesses</u>
    a. Special Agent Joanna Beck
    b. Detective Robert Ciolino
    c. Waleska Miller
    d. Quahmel Myers
    e. Seku Myers
    f. Tislam Myers
    g. Willie Thorton
    h. Lisa Vasquez

            Respectfully Submitted,

            /s/

            Ashley M. Burrell

                                              Deirdre D. von Dornum
                                              Federal Defenders of New York
                                              Attorneys for *Alonzo Shipp*

cc: Counsel of Record (by ECF and E-Mail)

Case 1:19-cr-00029-RPK Document 117 Filed 10/29/20 Page 2 of 2 PageID #: 921