**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

November 9, 2020

**Via ECF and E-Mail**
The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Shipp*, 19 Cr. 29 (RPK)

Dear Judge Kovner:

    We respectfully request that the Court so-order the attached supplemental clothing Order for Mr. Shipp. It is our hope that he will be permitted to take the additional clothing back with him to the MDC after court tomorrow, but, if not, our office can drop it off at MDC on Wednesday.

    The government has no objection to this request.

Respectfully Submitted,

_____/s/_____
Ashley M. Burrell
Deirdre D. von Dornum
Federal Defenders of New York
Attorneys for *Alonzo Shipp*

cc: Counsel of Record (by Email and ECF)

1